712 F.2d 199
 83-2 USTC P 9674
 John F. TUFTS and Mary A. Tufts, et al., Petitioners-Appellants,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.
 No. 79-2258.
 United States Court of Appeals,
Fifth Circuit.*
Unit A
 Aug. 18, 1983.
 
 Ronald M. Mankoff, Dallas, Tex., for petitioners-appellants.
 Glenn L. Archer, Jr., Asst. Atty. Gen., Tax Div., Michael L. Paup, Chief, Appellate Section, Gilbert Rothenberg, Appellate Section, U.S. Dept. of Justice, John H. Menzel, Director, Tax Litigation Div., I.R.S., Washington, D.C., for respondent-appellee.
 Appeal from the Decision of the United States Tax Court.
 ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES
 Before BROWN, THORNBERRY and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 
 1
 The Supreme Court, --- U.S. ----, 103 S.Ct. 1826, 75 L.Ed.2d 863 (1983), has reversed our judgment (see 651 F.2d 1058). The judgment of the United States Tax Court, 70 T.C. 756 (1978) is therefore affirmed.
 
 
 2
 AFFIRMED.
 
 
 
 *
 Former Fifth Circuit case, Section 9(1) of Public Law 96-452--October 14, 1980